IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JAMES PHILLIP TREADWAY,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　　　)　　No. 06-4043-CV-C-SOW
　　　　　　　　　　　　　　　　　　　)
BILL ABBOTT, et al.,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　　)

## ORDER

On August 15, 2006, the United States Magistrate Judge recommended dismissing plaintiff's equitable claims and all claims against defendant Whittle, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's August 15, 2006 Report and Recommendation is adopted [5]. It is further

ORDERED that plaintiff's equitable claims and all claims against defendant Whittle are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　SCOTT O. WRIGHT
　　　　　　　　　　　　　　　　　　Senior United States District Judge

Dated: September 27, 2006
Kansas City, Missouri